# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: § 
§ CASE NO. 16-22987-GLT
SAM MATTHEW BURNS §
    DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC** | **Specialized Loan Servicing LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx4799**

Court Claim # (if known): 2-1
Amount of Claim: $198,200.47
Date Claim Filed: 11/18/2016

Phone: (800) 315-4757
Last Four Digits of Acct.#:4799

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
P. O. Box 60535
City of Industry, California 91716-0535

Phone:
Last Four Digits of Acct #: **xxxxxx4799**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty      Date:      07/17/2018
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 17, 2018 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Sam Matthew Burns
370 Murdockville Rd.
Clinton, PA 15026-1316

**Debtors' Attorney**
Lawrence E. Bolind, Jr.
238 Main Street
Imperial, PA  15126

Irene M. Costello
Shipkevich, PLLC
65 Broadway
508
New York, NY 10006

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219

                                              Respectfully Submitted,

                                              /s/ John J. Rafferty
                                              John J. Rafferty